IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>PATRICIA M. URBANOVSKY,<br><br>     Defendant. | **8:16CR52**<br><br><br>**ORDER** |

  Before the court is the Request for Transcript by a nonparty, Filing No. 36. After considering the matter,

  IT IS ORDERED:

  1. The Request for Transcript (Filing No. 36) is granted, as outlined below.

  2. The nonparty petitioner must contact court reporter Rogene Schroder at (402) 661-7383 or roschrod79@yahoo.com to make arrangements for the preparation and payment of the transcript.

  3. The Clerk's Office is ordered to mail a copy of this order to the nonparty's attorney pursuant to Filing No. 36.

  Dated this 21st day of September, 2016

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge