IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br>PATRICIA M. URBANOVSKY a/k/a TRISH LUNDGREN,<br><br>              Defendant,<br>  and<br><br>SPAGHETTI WORKS,<br><br>              Garnishee. | 8:16CR52 |

## ORDER REGARDING GARNISHEE PAYMENT OF GARNISHED FUNDS

The Court is informed that the District Court Clerk duly issued a Writ of Continuing Garnishment upon Garnishee, Spaghetti Works, and that the United States duly served the Writ of Continuing Garnishment upon Garnishee, thereby effectuating a restraint upon any disbursement of funds owed by Garnishee to defendant.

On October 28, 2022, the United States provided notice to defendant of her right to a hearing and defendant has not requested a hearing to determine whether an exemption applies to the subject property.

Pursuant to the Writ of Continuing Garnishment, Garnishee filed an Answer on November 4, 2022, stating that at the time of the service of the Writ, Garnishee had in its possession or under its control non-expect property belonging to and due defendant, Patricia M. Urbanovsky a/k/a Trish Lundgren, ------, Omaha, NE 68107.

IT IS ORDERED AS FOLLOWS:

1. Garnishee shall pay over 25 percent of defendant's disposable earnings to plaintiff, United States of America. Said payments are to continue until A) a court order quashing the writ of garnishment; B) exhaustion of property in the possession, custody or control of the Garnishee in which the defendant has a substantial non-exempt interest (including non-exempt disposable earnings), unless the Garnishee reinstates or reemploys defendant within 90 days after defendant's dismissal or resignation; or C) satisfaction of the debt with respect to which the Writ is issued.

2. Garnishee shall make the check or money order payable to the "U.S. Clerk of the District Court;"

3. Garnishee shall remit the check or money order to:

   U.S. Clerk of the District Court
   111 South 18th Plaza, Suite 1152
   Omaha, NE 68102

4. The District Court Clerk shall apply said payment to defendant's restitution judgment previously directed; and

Dated this __1__ day of February, 2023

BY THE COURT:

Susan M. Bazis,
United States Magistrate Judge