IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

PATRICIA URBANOVSKY A/K/A
PATRICIA LUNDGREN,

          Defendant,
and

FOURTEEN FOODS,

          Garnishee.

8:16CR52

## **GARNISHEE ORDER**

The Court is informed that the District Court Clerk duly issued a Writ of Continuing Garnishment upon Garnishee, Fourteen Foods, and that the United States duly served the Writ of Continuing Garnishment upon Garnishee, thereby effectuating a restraint upon any disbursement of funds owed by Garnishee to Defendant.

On April 30, 2024, the United States provided notice to Defendant of her right to a hearing and Defendant has not requested a hearing to determine whether an exemption applies to the subject property.

Pursuant to the Writ of Continuing Garnishment, Garnishee filed an Answer on May 29, 2024, stating that at the time of the service of the Writ, Garnishee had in its possession or under its control non-expect property belonging to and due Defendant, Patricia Urbanovsky a/k/a Patricia Lundgren, ------, Omaha, NE  68107.

IT IS ORDERED AS FOLLOWS:

1. Garnishee shall pay twenty-five percent (25%) of Defendant's disposable earnings to Plaintiff, United States of America. Said payments are to continue until A) a court order quashing the Writ of Garnishment; B) exhaustion of property in the possession, custody or control of the Garnishee in which the Defendant has a substantial non-exempt interest (including non-exempt disposable earnings), unless the Garnishee reinstates or reemploys Defendant within 90 days after Defendant's dismissal or resignation; or C) satisfaction of the debt with respect to which the Writ is issued.

2. Garnishee shall make the check or money order payable to the "U.S. Clerk of the District Court;"

3. Garnishee shall remit the check or money order to:

    U.S. Clerk of the District Court
    111 South 18th Plaza, Suite 1152
    Omaha, NE 68102

4. The District Court Clerk shall apply said payment to Defendant's restitution judgment.

Dated this 28th day of June, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge